IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rainey, Clifford B

Printed: 8/21/07

Case Number: 07 B 03935
Judge: Squires, John H
Filed: 3/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: July 16, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 450.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 425.70 |
| Trustee Fee: |  | 24.30 |
| Other Funds: |  | 0.00 |
| Totals: | 450.00 | 450.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,584.00 | 425.70 |
| 2. | Novastar Mortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 5,596.00 | 0.00 |
| 4. | Novastar Mortgage Inc | Secured | 20,705.51 | 0.00 |
| 5. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 6. | Menards | Unsecured | 29.41 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 608.04 | 0.00 |
| 8. | Capital One | Unsecured | 134.65 | 0.00 |
| 9. | American Express Travel Relate | Unsecured | 431.72 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 894.73 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 192.66 | 0.00 |
| 13. | Ford Motor Credit Corporation | Unsecured | 0.78 | 0.00 |
| 14. | Beyer Chiropractic | Unsecured |  | No Claim Filed |
| 15. | Chase Manhattan Mortgage Corp | Unsecured |  | No Claim Filed |
| 16. | Conseco Finance Servicing Corp | Unsecured |  | No Claim Filed |
| 17. | Concord Servicing Corp | Unsecured |  | No Claim Filed |
| 18. | Citibank (South Dakota), N.A. | Unsecured |  | No Claim Filed |
| 19. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 20. | Montgomery Ward & Co Inc | Unsecured |  | No Claim Filed |
| 21. | Liquidebt | Unsecured |  | No Claim Filed |
| 22. | MRSI | Unsecured |  | No Claim Filed |
| 23. | SBC | Unsecured |  | No Claim Filed |
| 24. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rainey, Clifford B

Printed: 8/21/07

Case Number: 07 B 03935
Judge: Squires, John H
Filed: 3/6/07

|  | _____ | _____ |
|---|---|---|
|  | $ 31,177.50 | $ 425.70 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 24.30 |
|  | _____ |
|  | $ 24.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_